### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: EVOLVE BANK & TRUST CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2:24-md-03127-SHL-cgc<br><br>Judge Sheryl H. Lipman |

### NOTICE OF SUPPLEMENTAL NOTICE AND CLAIMS FORMS

At the May 16, 2025 hearing on Plaintiffs' motion for preliminary approval, the Court noted that the proposed notices and claim form should be updated to more clearly explain the benefits made available in the proposed class-wide Settlement. The Parties have conferred on this topic and have updated the Email Notice, Long Form Notice, and Claim Form, which are attached hereto for the Court's consideration. Exhibits 1-6 include both clean and redlined versions of each document.

Dated: May 29, 2025

Respectfully submitted by,

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Attorney for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was electronically filed on May 29, 2025, using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to counsel in the CM/ECF system.

                                                         */s/ J. Gerard Stranch, IV*
                                                         J. Gerard Stranch, IV (BPR 23045)