## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: EVOLVE BANK & TRUST CUSTOMER DATA SECURITY LITIGATION | MDL No. 2:24-md-03127-SHL-cgc<br><br>Judge Sheryl H. Lipman |

### PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO STAY

Plaintiffs submit this Response to the objection filed by Justin Allen and in opposition to Mr. Allen's motion to stay final approval of the proposed Settlement, which the Court preliminarily approved on May 30, 2025 (ECF No. 79). Mr. Allen objects that (1) the Settlement violates his due process, and (2) Class Counsel failed to Adequately represent him and the Class. Mr. Allen, however, is not a class member, and so the objection is not valid.

First and foremost, Mr. Allen objects that he did not receive proper notice of the proposed settlement. But that is because the list of class members Defendant provided to Kroll did not contain Mr. Allen's name. Nor did it include anyone living at his address. Nor did it include his email address. Kroll Decl. ¶ 4 (attached as **Exhibit A**). In short, Mr. Allen is not a class member. Though Mr. Allen says he discovered this settlement through his own research and believes that his "personal and financial information was compromised," he provides no further information establishing why he should be a class member. (ECF No. 84).[1]

Second, Mr. Allen asserts that Class Counsel has not adequately represented him. Indeed, without being a class member, Class Counsel cannot represent Mr. Allen. More to the point, Mr.

---

[1] Mr. Allen asserts that he has experienced fraud and/or identity theft, potentially related to Elvis and Graceland. Counsel cannot comment on these allegations, as Mr. Allen has not provided a reason why he believes these issues are related to Evolve or any of its partner financial technology companies.

Allen contends that he called the Jennings Law Office seeking to speak with an attorney to understand the Settlement and was apparently told that "they could not speak with him or other clients in order to 'keep costs low.'" (ECF No. 84, at 1–2). Notably, Interim Class Counsel here is J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC. The Jennings Law Firm is a different and unrelated entity who may have signed clients but is not the appointed Interim Class Counsel. Nevertheless, Interim Class Counsel interviewed all Stranch, Jennings & Garvey, PLLC employees who operate the reception desk or otherwise field incoming calls, and none are aware of any calls from Mr. Allen to our offices. Declaration of J. Gerard Stranch, IV, ¶ 3 (attached as **Exhibit B**). Moreover, staff is trained to refer class members to the settlement administrator for questions regarding how to file their claims and to the assigned attorney for any more in-depth questions. *Id.* ¶ 4. No staff at Stranch, Jennings & Garvey, PLLC would have given the response that Mr. Allen says he received regardless of whether the caller is a class member or a member of the general public. *Id.*

Nevertheless, the notice program here includes a website that provides all important information, dates, and documents. https://www.evolvesettlement.com. Further, the Settlement Administrator established a help line specifically to answer questions regarding the settlement and a link to send additional inquiries to the Settlement Administrator. *Id.* Mr. Allen could have used these tools to discover that he is not a class member.

For these reasons, Plaintiffs request that the Court deny the motion to stay and find that the objection is not proper because Mr. Allen is not a class member and does not have standing to object.

Dated: September 18, 2025                    Respectfully submitted by,

                                             */s/ J. Gerard Stranch, IV*
                                             J. Gerard Stranch, IV (BPR 23045)

Grayson Wells (BPR 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Lead Class Counsel*

Gary M. Klinger
**MILBERG COLEMAN BRYSON GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Lynn A. Toops
Amina Thomas
**COHENMALAD LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

Jeff Ostrow
**KOPELOWITZ OSTROW, P.A.**
1 W. Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

Linda Nussbaum
**NUSSBAUM LAW GROUP P.C.**
1133 Avenues of the Americas, 31st Floor
New York, NY 10036
Tel: (917) 438-9102
lnussbaum@nussbaumpc.com

James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006

3

Tel: (202) 540-7200
jpizzirusso@hausfeld.com

Scott Poynter
**POYNTER LAW GROUP**
4924 Kavanaugh Boulevard
Little Rock, AR 72207
Tel: (501) 812-3943
scott@poynterlawgroup.com

*Members of the Executive Committee*

Frank L. Watson, III
**WATSON BURNS, PLLC**
253 Adams Avenue
Memphis, TN 38104
Tel: (901) 529-7996
fwatson@watsonburns.com

*Liaison Counsel*

***Attorney for Plaintiffs and the Putative Class***

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response was served on the party listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Justin Allen
*Pro Se Litigant*
3655 W Anthem Way, Ste A-109 #255
Anthem, AZ 85086
sir.marksalot@outlook.com

Dated: September 18, 2025

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (BPR 23045)