**Re: Objection to Proposed Settlement – In re Evolve Bank & Trust Customer Data Security Breach Litigation**

RECEIVED

**MDL No. 2:24-md-03127-SHL-cgc**

SEP 2 6 2025

Dear Judge Sheryl H. Lipman,

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

I am a Settlement Class Member in this action, identified by Class Member ID 83177C2FXV32L. I am writing to object to the proposed settlement because it does not adequately compensate for the significant risks and harm caused by the Evolve Bank & Trust data breach.

The breach exposed highly sensitive personal information, including Social Security numbers, dates of birth, driver's license numbers, and bank account details. Unlike limited call record data, this type of exposure creates **lifelong risk of identity theft and financial fraud**. A one-year credit monitoring service and a cap of $3,000 for documented losses are **inadequate** to address the ongoing threat.

Specifically:

1. **Long-Term Harm** – Once SSNs and banking details are stolen, they can be used and resold for decades. A one-year monitoring service does not protect against this permanent risk.

2. **Documented Losses Cap ($3,000)** – The $3,000 maximum is far too low to cover the real costs victims may face, including long-term credit repair, lost wages due to fraud resolution, or the need for extended fraud monitoring.

3. **Flat Cash Option ($20)** – Offering $20 to those without receipts is unreasonably small compared to the exposure of data as sensitive as SSNs and bank account numbers.

4. **Preventative Costs Ignored** – Many class members, myself included, must pay ongoing out-of-pocket expenses for fraud monitoring, data removal services, and protective measures, which are not fully reimbursed under this settlement.

I respectfully urge the Court to:

- Require longer-term credit monitoring (at least 3–5 years, not 1 year).

- Increase the cap on documented loss claims well beyond $3,000.

- Provide a more meaningful flat payment option for class members without receipts.

I am submitting this objection to ensure the record reflects the ongoing nature of the harm and the insufficiency of the proposed terms.

Sincerely,

Ollie Talbott