# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: EVOLVE BANK & TRUST CUSTOMER DATA SECURITY LITIGATION | MDL No. 2:24-md-03127-SHL-cgc<br><br>Judge Sheryl H. Lipman |

## NOTICE OF SUPPLEMENTAL DECLARATION OF FRANK BALLARD OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT

Plaintiffs, by and through undersigned counsel of record, hereby give notice of the filing of the Supplemental Declaration of Frank Ballard in Connection with Final Approval of Settlement, which is filed as an attachment to this Notice, in support of Plaintiffs' Unopposed Motion for Final Approval.

Dated: November 12, 2025.  Respectfully submitted by,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)
Grayson Wells (TN BPR 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the Court's CM/ECF filing system, which will send notice to all counsel of record.

                                                      */s/ J. Gerard Stranch, IV*  
                                                     J. Gerard Stranch, IV (TN BPR 23045)