# <u>EXHIBIT A</u>

**Re: Objection to Proposed Settlement – In re Evolve Bank & Trust Customer Data Security Breach Litigation**

**MDL No. 2:24-md-03127-SHL-cgc**

RECEIVED
SEP 26 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Dear Judge Sheryl H. Lipman,

I am a Settlement Class Member in this action, identified by Class Member ID 83177C2FXV32L. I am writing to object to the proposed settlement because it does not adequately compensate for the significant risks and harm caused by the Evolve Bank & Trust data breach.

The breach exposed highly sensitive personal information, including Social Security numbers, dates of birth, driver's license numbers, and bank account details. Unlike limited call record data, this type of exposure creates **lifelong risk of identity theft and financial fraud**. A one-year credit monitoring service and a cap of $3,000 for documented losses are **inadequate** to address the ongoing threat.

Specifically:

1. **Long-Term Harm** – Once SSNs and banking details are stolen, they can be used and resold for decades. A one-year monitoring service does not protect against this permanent risk.
2. **Documented Losses Cap ($3,000)** – The $3,000 maximum is far too low to cover the real costs victims may face, including long-term credit repair, lost wages due to fraud resolution, or the need for extended fraud monitoring.
3. **Flat Cash Option ($20)** – Offering $20 to those without receipts is unreasonably small compared to the exposure of data as sensitive as SSNs and bank account numbers.
4. **Preventative Costs Ignored** – Many class members, myself included, must pay ongoing out-of-pocket expenses for fraud monitoring, data removal services, and protective measures, which are not fully reimbursed under this settlement.

I respectfully urge the Court to:

- Require longer-term credit monitoring (at least 3–5 years, not 1 year).
- Increase the cap on documented loss claims well beyond $3,000.
- Provide a more meaningful flat payment option for class members without receipts.

I am submitting this objection to ensure the record reflects the ongoing nature of the harm and the insufficiency of the proposed terms.

Sincerely,

Ollie Talbott

mint mobile

# Welcome back, Ollie

(773) 816-0921




## Data Usage

4.9 /5GB

REMAINING

Data renews in 22 days

**Home**

**Refer a Friend**

**MY PLAN**

- Manage My Plan
- Mint Family

**ADD ONS**

- Add More Data
- Phone Protection
- Phone Trade-In
- Shop New Phones

**INTERNATIONAL STUFF**

- Minternational Pass
- Free Canada Roaming

NTL Call History

MY ACCOUNT

My Profile & Security

Load Wallet

Payment Method

Transaction History

Wi-Fi Calling & Text

Communication Preferences

SUPPORT

Replace SIM

Activate SIM

Mintech Advisors

Log Out

Add Data

## Balances

**$0**
**WALLET BALANCE**

## My Plan

Current Plan | Month 1 of 3
**3 Month Plan | 5GB/mo**

Change Plan

| | |
|---|---|
| **Plan Auto Renews** | **Nov 26, 2025** |
| Renewal Amount | $75 |
| Renewal Balance ? | $0 |
| **Amount Due** | **$75** |

Taxes & fees calculated at checkout

Pay in advance

**Set up Auto Renew**

## Mint Family

**The easy way to manage up to 5 plans, all under one account.**

**Start my family**



Plans Terms & Conditions

Privacy Policy

Acceptable Use Policy

Site Terms of Use

911 & E911 Disclosure

© 2025

mintmobile

**Home**

**Refer a Friend**

**MY PLAN**

Manage My Plan

Mint Family

**ADD ONS**

Add More Data

Phone Protection

Phone Trade-In

Shop New Phones

**INTERNATIONAL STUFF**

Minternational Pass

Free Canada Roaming

## Attention California Residents:

Please click here to find out what to do if you believe there is an error on your bil or have a question about your service.

### Transaction History

Search

| DATE | ORDER ID | TYPE | AMOUNT | |
|---|---|---|---|---|
| 08/28/25 07:52 AM | 103815382 | Funds Spent | $75.00 | |
| 08/28/25 07:52 AM | 103815382 | Funds Added | $81.58 | |
| 06/01/25 01:20 PM | 97049209 | Funds Spent | $44.00 | Change |
| 06/01/25 01:20 PM | 97049209 | Funds Added | $44.20 | Change |
| 05/29/25 02:19 PM | 95894657 | Funds Spent | $75.00 | |
| 05/29/25 02:19 PM | 95894657 | Funds Added | $81.78 | |
| 02/17/25 01:00 AM | 88762985 | Funds Spent | $75.00 | |
| 02/15/25 01:34 PM | 88762985 | Funds Added | $81.78 | Plan Re |

NTL Call History

**MY ACCOUNT**

My Profile & Security

Load Wallet

Payment Method

Transaction History

Wi-Fi Calling & Text

Communication Preferences

**SUPPORT**

Replace SIM

Activate SIM

Mintech Advisors

**Log Out**

| DATE | ORDER ID | TYPE | AMOUNT | |
|---|---|---|---|---|
| 11/19/24 09:14 AM | 79742028 | Funds Spent | $75.00 | |
| 11/19/24 09:14 AM | 79742028 | Funds Added | $82.64 | |
| 08/04/24 12:51 AM | 72617110 | Funds Spent | $120.00 | |
| 08/01/24 01:24 PM | 72617110 | Funds Added | $130.46 | Plan Re |

See More

Plans Terms & Conditions

Privacy Policy

Acceptable Use Policy

Site Terms of Use

911 & E911 Disclosure

© 2025

mint mobile

Optery

3/3 What to do next

# Welcome, Ollie

## Data Brokers Visibility and Removals Summary

Activity History

**Data Brokers Covered by Your CORE - Family Plan**

**116** / 647

**116** - Core Plan ⓘ

**252** - Expanded Reach

Upgrade Coverage

**How Exposed Are You?**

Optery

**Protection Progress & Status**

86%

| | |
|---|---|
| Profiles Removed / Not Found | 100 |
| Removals In Progress | 8 |
| Removals Pending | 8 |

PRIMARY SCAN CUSTOM SCAN EXPANDED REACH

## Found Profiles Screenshots

Matches found 73

Buy Custom Scan

**DATA BROKERS RESULTS**

| NDB.com | Public Recor... | ClustrMaps | Illinois Arrests | Public Infor... |
|---|---|---|---|---|
| SUBMITTED | REMOVED | REMOVED | SUBMITTED | REMOVED |

**SEARCH ENGINE RESULTS: 3**

Google (addres... Bing (name) Google (compa...

Optery

# Websites that expose personal information

Explore where your personal data might be exposed, steps you can take to remove it, and progress on removals for paid plan users. Note: the "View" and "Autogenerated Profile" links are provided for self-service investigation and frequently lead to empty pages learn why

Search

All Sites (395) Removals in Progress (8) Removals Completed (100) Removals Pending (

| WEBSITE | PLAN COVERAGE (CORE) | EXPOSURE RISK | LINK TO PROFILE | MORE INFO |
|---|---|---|---|---|
| Bumper NEW | Extended | Upgrade for coverage | ... | show more |
| gladiknow NEW | Ultimate | Upgrade for coverage | View | show more |
| Money Bot 5000 NEW | Extended | Upgrade for coverage | ... | show more |
| ROUND Sky NEW | Core | Search in Process | ... | show more |

Optery

| | | | | | |
|---|---|---|---|---|---|
| YG NEW | Extended | Upgrade for coverage | ... | show more | |
| rrd NEW | Core | Search in Process | ... | show more | |
| ace agents | Core | Removed / Not Found | ... | show more | |
| acxiom | Core | Removed / Not Found | ... | show more | |
| addresses.com | Ultimate | Upgrade for coverage | View | show more | |
| Address Search | Core | Removed / Not Found | ... | show more | |
| adstra | Core | Removed / Not Found | ... | show more | |
| [illegible] | Ultimate | Upgrade for coverage | View | show more | |
| AeroLeads | Ultimate | Upgrade for coverage | View | show more | |
| Affordable Background Checks | Extended | Upgrade for coverage | View | show more | |

Optery

| | | | | |
|---|---|---|---|---|
| aidentified | Core | Removed / Not Found | ... | show more |
| Alabama Arrests | Extended | Upgrade for coverage | View | show more |
| | Extended | Upgrade for coverage | View | show more |
| ALARMS CALIFORNIA | Core | Removed / Not Found | Removed | show more |
| Alaska Arrests | Extended | Upgrade for coverage | View | show more |
| | Extended | Upgrade for coverage | View | show more |
| ALL BIZ | Extended | Upgrade for coverage | View | show more |
| All People | Extended | Upgrade for coverage | View | show more |
| | Core | Removed / Not Found | Removed | show more |
| AnalyticsIQ | Core | Removed / Not Found | ... | show more |

Optery

| | | | | |
|---|---|---|---|---|
| ANCHOR | Core | Search in Process | ... | show more |
| andrews wharton INC. | Core | Search in Process | ... | show more |
| AnyWho | Core | Removed / Not Found | Removed | show more |
| APOLLO | Ultimate | Upgrade for coverage | View | show more |
| Areacode-Lookup | Core | Removed / Not Found | ... | show more |
| Arizona Arrests | Extended | Upgrade for coverage | View | show more |
| | Extended | Upgrade for coverage | View | show more |
| Arkansas Arrests | Extended | Upgrade for coverage | View | show more |
| | Extended | Upgrade for coverage | View | show more |
| AroundDeal | Core | Removed / Not Found | Removed | show more |

Optery

| | | | | |
|---|---|---|---|---|
| Arrest Warrant.org | Extended | Upgrade for coverage | View | show more |
| AtData | Core | Removed / Not Found | ... | show more |
| BackgroundCheckRun | Ultimate | Upgrade for coverage | View | show more |
| BackgroundChecks.org | Extended | Upgrade for coverage | ... | show more |
| Background Hawk | Ultimate | Upgrade for coverage | View | show more |
| Background Checkers | Core | Removed / Not Found | Removed | show more |
| backgroundcheckme.org | Ultimate | Upgrade for coverage | ... | show more |
| BackgroundChecks.me | Extended | Upgrade for coverage | ... | show more |
| BeenVerified | Extended | Upgrade for coverage | View | show more |
| Best History Websites | Extended | Upgrade for coverage | View | show more |

Optery

| | | | | |
|---|---|---|---|---|
| Birdeye | Core | Removed / Not Found | ... | show more |
| bizarchive | Extended | Upgrade for coverage | View | show more |
| Buildertrend | Core | Removed / Not Found | ... | show more |
| *California Arrests* | Extended | Upgrade for coverage | View | show more |
| California Criminal Records Search | Extended | Upgrade for coverage | View | show more |
| CALIFORNIA BROKERS | Core | Removed / Not Found | Removed | show more |

‹ FIRST ‹‹ PREV Page 1 of 8 NEXT › LAST ›› Show 50

Optery

Optery helps you remove your personal information from data brokers.

SOC 2 Compliant

Optery

## Product

Personal Pricing
Business Pricing
Sites We Cover
Optery for Family
Optery For Business
API for Partners
Global Privacy Control Browser Extension
Mobile App - Android
Mobile App - Apple iOS

## Support

Help Desk / FAQ
Application Availability Status
Contact Us

## Learn

Getting Started
Getting Started (Business)
Optout Guides
Blog
Intro to Data Brokers
Customer Reviews
Sitemap

## Company

About Us
Affiliate Program
Referral Program
Optery in the Press
Careers
How We Secure Your Data
Terms of Service
Privacy Policy

© 2025 Optery. All Rights Reserved

Optery

3 / 3 What to do next

# Account Details

OT

**Ollie Talbott**
talbotthome@yahoo.com
**Verify email**

Enable Multi Factor Authentication

Plans & Billing **Invoices**

Optery

| DATE | INVOICE # | BILLING PERIOD | STATUS | DOWNLOAD |
|---|---|---|---|---|
| Aug 18, 2025 | 7CD0905F-0009 | Aug 18, 2025 - Sep 18, 2025 | Paid | |
| Mar 20, 2025 | 7CD0905F-0005 | Mar 20, 2025 - Apr 20, 2025 | Paid | |
| Feb 20, 2025 | 7CD0905F-0004 | Feb 20, 2025 - Mar 20, 2025 | Paid | |
| Jan 20, 2025 | 7CD0905F-0003 | Jan 20, 2025 - Feb 20, 2025 | Paid | |

Page 1 of 1 Show 25

Optery helps you remove your personal information from data brokers.

SOC 2 Compliant

**Product**
- Personal Pricing
- Business Pricing
- Sites We Cover
- Optery for Family
- Optery For Business

**Support**
- Help Desk / FAQ
- Application Availability Status
- Contact Us

**Learn**
- Getting Started
- Getting Started (Business)
- Optout Guides
- Blog

**Company**
- About Us
- Affiliate Program
- Referral Program
- Optery in the Press
- Careers

Optery

Mobile App – Android

Mobile App – Apple iOS

Privacy Policy

© 2025 Optery. All Rights Reserved

Optery

3 / 3 What to do next

# Account Details

OT

**Ollie Talbott**
talbotthome@yahoo.com
Verify email

Enable Multi Factor Authentication

Plans & Billing    Invoices

Optery

| DATE | INVOICE # | BILLING PERIOD | STATUS | DOWNLOAD |
|---|---|---|---|---|
| Dec 20, 2024 | 7CD0905F-0002 | Dec 20, 2024 - Jan 20, 2025 | Paid | |
| Nov 20, 2024 | 7CD0905F-0001 | Nov 20, 2024 - Dec 20, 2024 | Paid | |

Page 1 of 1 Show 25

Optery

Optery helps you remove your personal information from data brokers.

SOC 2 Compliant

AICPA SOC aicpa.org/soc4so

**Product**

Personal Pricing

**Support**

Help Desk / FAQ

**Learn**

Getting Started

**Company**

About Us

Optery

Optery For Business
API for Partners
Global Privacy Control Browser Extension
Mobile App - Android
Mobile App - Apple iOS

Blog
Intro to Data Brokers
Customer Reviews
Sitemap

Careers
How We Secure Your Data
Terms of Service
Privacy Policy

© 2025 Optery. All Rights Reserved

# Invoice

Optery

**Invoice number** 7CD0905F-0001
**Date of issue** November 20, 2024
**Date due** November 20, 2024

**Optery, Inc.**
6150 Center St #121
Clayton, California 94517
United States
+1 888-874-2608
support@optery.com

**Bill to**
Ollie Tabott
talbotthome@yahoo.com

## $24.99 USD due November 20, 2024

Pay online

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Ultimate<br>Nov 20 – Dec 20, 2024 | 1 | $24.99 | $24.99 |

| | |
|---|---|
| Subtotal | $24.99 |
| Total | $24.99 |
| **Amount due** | **$24.99 USD** |

# Invoice

Invoice number 7CD0905F-0002
Date of issue December 20, 2024
Date due December 20, 2024

**Optery, Inc.**
6150 Center St #121
Clayton, California 94517
United States
+1 888-874-2608
support@optery.com

**Bill to**
Ollie Tabott
talbotthome@yahoo.com

## $24.99 USD due December 20, 2024

Pay online

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Ultimate<br>Dec 20, 2024 – Jan 20, 2025 | 1 | $24.99 | $24.99 |

| | |
|---|---|
| Subtotal | $24.99 |
| Total | $24.99 |
| **Amount due** | **$24.99 USD** |

# Invoice

Optery

**Invoice number** **7CD0905F-0003**
**Date of issue** January 20, 2025
**Date due** January 20, 2025

**Optery, Inc.**
6150 Center St #121
Clayton, California 94517
United States
+1 888-874-2608
support@optery.com

**Bill to**
Ollie Tabott
talbotthome@yahoo.com

## $24.99 USD due January 20, 2025

Pay online

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Ultimate<br>Jan 20 – Feb 20, 2025 | 1 | $24.99 | $24.99 |

| | |
|---|---|
| Subtotal | $24.99 |
| Total | $24.99 |
| **Amount due** | **$24.99 USD** |

# Invoice

**Invoice number** **7CD0905F-0004**
**Date of issue** February 20, 2025
**Date due** February 20, 2025

**Optery, Inc.**
6150 Center St #121
Clayton, California 94517
United States
+1 888-874-2608
support@optery.com

**Bill to**
Ollie Tabott
talbotthome@yahoo.com

## $24.99 USD due February 20, 2025

Pay online

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Ultimate<br>Feb 20 – Mar 20, 2025 | 1 | $24.99 | $24.99 |

| | |
|---|---|
| Subtotal | $24.99 |
| Total | $24.99 |
| **Amount due** | **$24.99 USD** |

# Invoice

Optery

| | |
|---|---|
| **Invoice number** | **7CD0905F-0005** |
| **Date of issue** | **March 20, 2025** |
| **Date due** | **March 20, 2025** |

**Optery, Inc.**
6150 Center St #121
Clayton, California 94517
United States
+1 888-874-2608
support@optery.com

**Bill to**
Ollie Tabott
talbotthome@yahoo.com

## $24.99 USD due March 20, 2025

Pay online

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Ultimate<br>Mar 20 – Apr 20, 2025 | 1 | $24.99 | $24.99 |

| | |
|---|---|
| Subtotal | $24.99 |
| Total | $24.99 |
| **Amount due** | **$24.99 USD** |

# Invoice

Optery

**Invoice number** **7CD0905F-0009**
**Date of issue** **August 18, 2025**
**Date due** **August 18, 2025**

**Optery, Inc.**
6150 Center St #121
Clayton, California 94517
United States
+1 888-874-2608
support@optery.com

**Bill to**
Ollie Tabott
talbotthome@yahoo.com

## $3.99 USD due August 18, 2025

Pay online

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Core<br>Aug 18 – Sep 18, 2025 | 1 | $3.99 | $3.99 |

| | |
|---|---|
| Subtotal | $3.99 |
| Total | $3.99 |
| **Amount due** | **$3.99 USD** |

Ollie Talbott
2150 120th PL
Blue ISLand, IL 60406



RECEIVED

SEP 26 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

US District Court
Western District of Tennessee
167 North Main
Memphis, TN 38103

To Whom It May Concern

I, Leodas Casimir Jr., would like to object the current PROPOSED CLASS ACTION SETTLEMENT *In Re: Evolve Bank & Trust Customer Data Security Breach Litigation* MDL No. 2:24-md-03127-SHL-cgc. Whenever I tried to complete the form online, it stated that the "Approximate Date of Loss" for me precedes the "Approximate Date of Documented Loss" that is being requested hence why I wasn't able to file the claim and complete the form online; however, I have proof that my information/data was breached, leading to my account to be hacked, and monies being cyphered from my account at Evolve Bank & Trust, and my case should be represented with this class action lawsuit as well.

On September 24, 2023, I became a victim of fraud whenever my Branch card was hacked resulting in theft and breach of data/information. I started receiving notifications that purchases were being made while I was simultaneously on the job working delivering packages. I immediately locked my card but that was after a slew of charges hit my account.

I then notified customer support but to no avail were they of any support whenever I tried to dispute the charges, I was told that they were unable to get in touch with the merchant which should have been a red flag and indicator of fraud. With such a dismissive response, it is as though support was working in tandem with the fraudsters because ultimately my claim/dispute was denied leaving me out of all the money that was fraudulently taken from my account.

This couldn't have happened at more of an inconvenient time as I had just lost my mother 8/27/2023 (a month prior) and robbed at gunpoint on 9/17/2023 (just a mere week before my account with Evolve Bank &

Trust was hacked and compromised), so needless to say this came at an unprecedented time adding more stress causing even more pain, suffering, and anxiety. Because of this reason, I would like to object to the lawyer fees and any fees associated with this class action suit for the defendant Evolve Bank & Trust should assume those expenses as I would like to recoup the maximum amount allotted for all damages, pain, and suffering caused.

I have attached below screenshots of whenever my account was compromised and I also provided screenshots of the several attempted charges (that didn't go through) after locking my card which further substantiate my claims as the cyberattack was relentless.

I am unable to access any statements for the Branch card as it gives an error message.

All things considered, I would like to thank you for your time and consideration.

Kindest regards,

Leodas Casimir, Jr.

Signature

8/26/2025

Date

(561) 568-7333

8317700000000

Cash Payments (Cash Payment A and Cash Payment B as defined above) will be subject to a *pro rata* increase from the Settlement Fund in the event the amount of Valid Claims is insufficient to exhaust the entire Settlement Fund. Similarly, in the event the amount of Valid Claims exhausts the amount of the Settlement Fund, the amount of the Cash Payments may be reduced *pro rata* accordingly.

## I. PAYMENT SELECTION

If you would like to elect to receive your Cash Payment through electronic transfer, please visit the Settlement Website and timely file your Claim Form. The Settlement Website includes a step-by-step guide for you to complete the electronic payment option.

## II. SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

Leodas Casimir

**First Name** **Last Name**

350 Maple Drive Southwest

**Address 1**

#515

**Address 2**

Washington DC 20024

**City** **State** **Zip Code**

**Email Address (required):** CasimirLJR@GMAIL.Com

**Telephone Number:** (561) 568-7333

## III. PROOF OF DATA INCIDENT SETTLEMENT CLASS MEMBERSHIP

☑ Check this box to certify if you are a person in the United States who provided their Private Information to Evolve, directly or indirectly, and whose Private Information was included in files affected by the Data Incident.

Enter the Class Member ID Number provided on your Email Notice:

**Class Member ID: 8 3 1 7 7** Y Z P A G 1 Z E

If you do not know your Class Member ID, please contact the Settlement Administrator at **(833) 421-7300**, Monday through Friday 8 a.m. to 8 p.m. ET (excluding major U.S. holidays).

8317700000000

## IV. CASH PAYMENT A – DOCUMENTED LOSSES

All Settlement Class Members are eligible for compensation for up to $3,000 per Settlement Class Member for documented losses incurred as a result of the Data Incident.

(i) To receive a documented loss payment, a Settlement Class Member must elect Cash Payment A – Documented Losses on the Claim Form attesting under penalty of perjury to incurring documenting losses. Settlement Class Members will be required to submit reasonable documentation supporting the losses. Settlement Class Members shall not be reimbursed for expenses if they have been reimbursed for the same expenses by another source, including compensation provided in connection with the credit monitoring and identity theft protection product offered as part of the notification letter provided by Defendant or otherwise.

Settlement Class Members with documented losses must submit documentation supporting their claims. This can include receipts or other documentation not "self-prepared" by the claimant that document the costs incurred. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support other submitted documentation.

**You must have documented losses incurred as a result of the Data Incident and submit documentation to obtain this benefit.**

☑ I have attached documentation showing that the documented losses were more likely than not caused by the Data Incident. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support to other submitted documentation.

| **Cost Type** (Fill all that apply) | **Approximate Date of Documented Loss** | **Amount of Documented Loss** | **Description of Supporting Reasonable Documentation** (Identify what you are attaching and why) |
|---|---|---|---|
| Example: Identity Theft Protection Service | 0 5/17/2025 (mm/dd/yyyy) | $50.00 | Copy of identity theft protection service bill |
| Fraudulent Charge | 9/24/2024 (mm/dd/yyyy) | $ 206.95 | Screenshot of charge notification on my phone from when it occured |
| Fraudulent Charge | 9/24/2024 (mm/dd/yyyy) | $ 56.97 | screenshot of charge notification whenever it initially happened. |
| Fraudulent Charge | 9/24/2024 (mm/dd/yyyy) | $ 21.19 | HULU 877-8244858 CA charge notification |

8317700000000

## V. CASH PAYMENT B – FLAT CASH PAYMENT

By checking the below box, I choose an estimated $20 Cash Payment.

☐ Yes, I choose an estimated $20 Cash Payment instead of Cash Payment A and understand that by selecting the estimated $20 cash payment, I am not longer eligible to receive compensation under Cash Payment A above.

**IN ADDITION TO THE CASH PAYMENTS, YOU MAY ALSO SELECT THE SETTLEMENT CLASS MEMBER BENEFIT BELOW.**

## VI. CREDIT MONITORING

☑ **One (1) year of Credit Monitoring**

Check the box above if you wish to receive, in addition to electing compensation for Cash Payment A or Cash Payment B, one (1) year of monitoring that will provide the following benefits: Credit Monitoring, real-time alerts, and insurance coverage for up to $1,000,000 for identity theft. The Credit Monitoring Settlement Class Member Benefit has a value of $110 per year per Settlement Class Member. **You may also select Cash Payment A or Cash Payment B.**

## VII. ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

[signature] 08/21/2025

Signature Date

Leodas Casimir, Jr.

Print Name




← 1st Initial Fraudulent Charge

← Axle Hire Delivery Company that utilized the Branch Card Supported by Evolve Bank & Trust


8:05
LTE 40
card is currently only accepted in the...
Card Decline 8m ago
Hossein Zamani charge of $24.95 declined due to the merchant being located outside the U.S. • Your card is currently only accepted in the U.S.
Branch 8m ago
DX Maid, LLC charged you $56.97 • Your wallet balance is now $171.56
Branch 8m ago
HULU 877-8244858 CA charged you $21.19 • Your wallet balance is now $356.26
Branch 9m ago
camahlp.com charged you $1.00 • Your wallet balance is now $381.95
Card Decline 9m ago
Red Rooster Hampton Pa charge of $33.84 declined due to the merchant being located outside the U.S. • Your card is currently only accepted in the...
Branch 9m ago
jtvvzp.com charged you $1.25 • Your wallet balance is now $382.95




=> Attempted Charge from AMAZON PAY INDIA


8:05
LTE 40
Branch
now
Alli: jtvvzp.com
1.25
Is that the first one from today?
Card Decline
now
SQ *HEMP CHEEBA CHEWS charge of $0.00 declined due to locked card • Tap to unlock your card then try again.
Card Decline
now
Microsoft*Store charge of $0.00 declined due to locked card • Tap to unlock your card then try again.
Card Decline
1m ago
COSMED LASER SPA charge of $0.00 declined due to locked card • Tap to unlock your card then try again.
Branch
2m ago
Customer Service: Thanks for your continued patience. Our operators are busy at the moment but we'll be with you as soon as possible. Feel free to l...
Card Decline
3m ago
THECHILDRENSPLACE.COM charge of $0.00 declined due to locked card • Tap to unlock your card then try again.
to unlock your card then try again.


10:40
LTE
Card Decline
now
BOLT.EU/R/2309271439 charge of $10.61 declined due to locked card • Tap to unlock your card then try again.
Notification Center
Branch
Show less
Card Decline
20m ago
MY GIFT CARDS PLUS charge of $0.00 declined due to locked card • Tap to unlock your card then try again.
Card Decline
29m ago
Foodora AB charge of $19.45 declined due to locked card • Tap to unlock your card then try again.
Card Decline
29m ago
Foodora AB charge of $19.45 declined due to locked card • Tap to unlock your card then try again.
Card Decline
30m ago
Foodora AB charge of $19.45 declined due to locked card • Tap to unlock your card then try again.
unlock your card then try again.

S

**Spike (Support)** 10/18/23
To: Leodas Casimir >
Reply To: Support >

# Branch Dispute Case #2017057

##- Please type your reply above this line -##

Hi Leodas,

Your Dispute submission has been received. **Your next step is to fill out the form below with as much detail as possible to help us expedite the process.**

- Including documentation and detailed information will help us to investigate your claim fully and come to a favorable resolution.

- Providing incomplete or inaccurate information can potentially lead to a delay in the process, or lead to the dispute claim being denied.

  Please note, it is possible your account may not be provided a provisional credit based on the review of dispute regulations. We will provide you with an update in 10 business days, but please be advised that dispute cases can take up to a total of 90 days to fully resolve.

Click here to fill out the form

From: Branch Team hello@info.branchapp.com
Subject: [Update] Dispute in progress
Date: Nov 15, 2023 at 5:35:04 PM
To: casimirljr@gmail.com

TWO MONTH INVESTIGATION

branch

# Your chargeback dispute is still being investigated.

Hi Leodas,

Your dispute is currently still in progress and being investigated. Once your case is decided on, you will receive a notification. Thank you for your patience.

**Please note that if you have multiple open dispute cases, rest assured these are still in progress as well. As soon as we have an update on any of these cases we will notify you via email.

Thank you,

KROLL In Re: Evolve... 2

insufficient to receive reimbursement, but can be considered to add clarity or support to other submitted documentation.

* Cost Type (Fill all that apply)

* Approximate Date of Documented Loss

Sep 24, 2023

Date must be before today and after February 1st, 2024

← Unable to file claim online

* Amount of Documented Loss

$

Missing or incorrect value

* Description of Supporting Reasonable Documentation

(Identify what you are attaching and why)

Add Another Line

* Document Uploader

Drag files here or select files.

forms.ksacms.com




Unable to access Branch app to obtain statements.


IN LOVING MEMORY
Sandra
CASIMIR-DEYOUNKS
OCTOBER 29, 1953 · AUGUST 27, 2023
Front
"DON'T GRIEVE FOR ME. FROM PAIN I'M FREE. I'M FOLLOWING THE PATH GOD HAS LAID, YOU SEE. I TOOK HIS HAND WHEN I HEARD HIS CALL. I TURNED AROUND AND LEFT IT ALL. I COULD NOT STAY ANOTHER DAY TO LAUGH, TO LOVE, TO WORK OR PLAY. TASKS LEFT UNDONE MUST STAY THAT WAY!"
SANDRA CASIMIR-DEYOUNKS
GIVE HER OF THE FRUIT OF HER HANDS, AND LET HER WORKS PRAISE HER IN THE GATES.
PROVERBS 31:31
TM
Professional Services Entrusted to
THORNE'S MORTUARY, INC.
420 SE DR. MARTIN LUTHER KING, JR. BLVD
STUART, FLORIDA 34994 | P. 772-223-0900
WWW.THORNESMORTUARY.COM
Back

Leodas Casimir
350 Maple Dr SW
Apt 515
Washington, DC 20024

FROM:
Leodas Casimir, Jr.
350 Maple Drive SW
#515
Washington, DC
20024

Retail
RDC 99
10150
U.S. POSTAGE PAID
FCM LG ENV
FALLS CHURCH, VA 22042
AUG 28, 2025
$8.02
S2324W501754-14

TO:
KROLL SETTLEMENT, LLC.
P.O. Box 225391
New York, NY
10150-5391

9589 0710 5270 2538 4530 41
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®
9589 0710 5270 2538 4530 41

Utility Mailer
10 1/2" x 16"

ReadyPost

RECEIVED

SEP 19 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

August 12, 2025

U.S. District Court of the Western District
Of Tennessee
Odell Horton Federal Building
Attn: Judge Sheryl H. Lipman
167 North Main Street
Memphis, TN 38103

Resent on September 11, 2025 as Administrator advised they did not receive the original correspondence sent on August 12, 2025.

Re: Sharon Benkufsky
3184 Century Drive
Hastings, MN 55033
651-271-4748
sbenkufsky@embarqmail.com

Dear Judge Sheryl H. Lipman,

I write to you today to object to this settlement and express my disappointment in this settlement, specifically limiting the compensation payout to $3,000.00. This is my first time objecting to this issue. I have not objected to any other class action settlements.

I was a victim of identity theft to the point where the Social Security Office agreed to provide me a new social security number. The person or persons who chose to use my social security number attempted to file federal, state and property taxes in my name. They attempted to obtain unemployment benefits through the State of Minnesota, of which I am an employee and have never been unemployed. In addition, they tried to obtain loans in my name. I can't be specific to how many. Additionally, the person or persons who obtained my private information attempted to open a checking account at Wells Fargo Bank. Lastly, my credit history is ruined. Not only did my credit score go down, but with the new social security number I do not have a credit history which in turn limits my ability to obtain any kind of loan.

I ask that in my case I be allowed to be paid $25,000.00 compensation for the damages I have incurred as a result of having my personal information breached and in turn my social security number and identity compromised. I have had to take time from work to go to the Social Security office and I have spent countless hours on the phone with the three credit monitoring services to resolve this.

I am not represented by counsel and do not anticipate attending or participating in Final Approval Hearing.

Thank you in advance for your consideration.

Sincerely,

Sharon Benkufsky

Enclosure: Claim Form for Advance Auto Data Security Incident Action
Letter from Social Security
E-mail from a Rose.emhoff@martinjennifer.com regarding application for a loan

Cc: J. Gerard Stranch, IV
Aravind Swaminathan
In re Evolve Bank & Trust Customer Data Security Breach Litig. % Kroll Settlement Administration LLC

8317700000000

**Your Claim must be submitted online or <u>postmarked by</u>: October 30, 2025.**

## <u>CLAIM FORM FOR ADVANCE AUTO DATA SECURITY INCIDENT ACTION</u>

*In Re: Evolve Bank & Trust Customer Data Security Breach Litig.*
MDL No. 2:24-md-03127-SHL-cgc
United States District Court for the Western District of Tennessee

**EVOLVE-C**

## <u>GENERAL INSTRUCTIONS</u>

You have been identified by the Settlement Administrator as a Settlement Class Member who was sent notification from Defendant Evolve Bank & Trust ("Defendant") that in February and May 2024, cybercriminals gained unauthorized access to Defendant's information systems and accessed and exfiltrated Private Information, including those belonging to Defendant's personal banking customers as well as customers of Defendant's financial technology company customers and financial technology companies who received banking services from Evolve through Synapse Financial Technologies, Inc. ("Data Incident"). Private Information may have included names, dates of birth, Social Security numbers, drivers' license numbers, bank account numbers, and contact information. You may submit a Claim for a Settlement Class Member Benefit, outlined below.

Please refer to the Long Form Notice posted on the Settlement Website **<u>www.EvolveSettlement.com</u>**, for more information, including definitions not defined here as well as information on submitting a Claim Form if you are part of the Settlement Class.

**<u>To receive a Settlement Class Member Benefit from this Settlement via an electronic payment, you must submit the Claim Form below electronically at www.EvolveSettlement.com by October 30, 2025.</u>**

This Claim Form may also be mailed to the address below. Please type or legibly print all requested information, in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. mail to:

*In Re: Evolve Bank & Trust Customer Data Security Breach Litig.*
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

**Credit Monitoring** – Settlement Class Members may elect one (1) year of monitoring that will provide the following benefits: credit monitoring, real-time alerts, and insurance coverage for up to $1,000,000 for identity theft. The credit monitoring Settlement Class Member Benefit has a value of $110 per year per Settlement Class Member.

**Class Member Option** – In addition to credit monitoring, each Settlement Class Member may choose one of the below options, but not both.

- ❖ **Cash Payment A – Documented Losses:** Settlement Class Members may submit a Claim for a Cash Payment for up to **$3,000** per Settlement Cass Member upon presentment of documented losses related to the Data Incident. **You must submit reasonable documentation supporting the losses;**

**OR**

- ❖ **Cash Payment B – Flat Cash Payment:** In the alternative to Cash Payment A – Documented Losses above, a Settlement Class Member may elect to receive Cash Payment B – Flat Cash, which is a flat Cash Payment in an estimated amount of **$20**.

8317700000000

Cash Payments (Cash Payment A and Cash Payment B as defined above) will be subject to a *pro rata* increase from the Settlement Fund in the event the amount of Valid Claims is insufficient to exhaust the entire Settlement Fund. Similarly, in the event the amount of Valid Claims exhausts the amount of the Settlement Fund, the amount of the Cash Payments may be reduced *pro rata* accordingly.

## I. PAYMENT SELECTION

If you would like to elect to receive your Cash Payment through electronic transfer, please visit the Settlement Website and timely file your Claim Form. The Settlement Website includes a step-by-step guide for you to complete the electronic payment option.

## II. SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

SHARON

**First Name**

BENKUFSKY

**Last Name**

3184 Century Dr.

**Address 1**

**Address 2**

Hastings

**City**

MN

**State**

55033

**Zip Code**

**Email Address (required):** sbenkufsky@embarqmail.com

**Telephone Number:** (651) 271-4748

## III. PROOF OF DATA INCIDENT SETTLEMENT CLASS MEMBERSHIP

☒ Check this box to certify if you are a person in the United States who provided their Private Information to Evolve, directly or indirectly, and whose Private Information was included in files affected by the Data Incident.

Enter the Class Member ID Number provided on your Email Notice:

**Class Member ID: 8 3 1 7 7** 1 6 D C 9 3 R N

If you do not know your Class Member ID, please contact the Settlement Administrator at **(833) 421-7300**, Monday through Friday 8 a.m. to 8 p.m. ET (excluding major U.S. holidays).

8317700000000

## IV. CASH PAYMENT A – DOCUMENTED LOSSES

All Settlement Class Members are eligible for compensation for up to $3,000 per Settlement Class Member for documented losses incurred as a result of the Data Incident.

(i) To receive a documented loss payment, a Settlement Class Member must elect Cash Payment A – Documented Losses on the Claim Form attesting under penalty of perjury to incurring documenting losses. Settlement Class Members will be required to submit reasonable documentation supporting the losses. Settlement Class Members shall not be reimbursed for expenses if they have been reimbursed for the same expenses by another source, including compensation provided in connection with the credit monitoring and identity theft protection product offered as part of the notification letter provided by Defendant or otherwise.

Settlement Class Members with documented losses must submit documentation supporting their claims. This can include receipts or other documentation not "self-prepared" by the claimant that document the costs incurred. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support other submitted documentation.

**You must have documented losses incurred as a result of the Data Incident and submit documentation to obtain this benefit.**

☐ I have attached documentation showing that the documented losses were more likely than not caused by the Data Incident. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support to other submitted documentation. No - See attached letter

| Cost Type (Fill all that apply) | Approximate Date of Documented Loss | Amount of Documented Loss | Description of Supporting Reasonable Documentation (Identify what you are attaching and why) |
|---|---|---|---|
| Example: Identity Theft Protection Service | 05/17/2025 (mm/dd/yyyy) | $50.00 | Copy of identity theft protection service bill |
| | __/__/____ (mm/dd/yyyy) | $______.___ | |
| | __/__/____ (mm/dd/yyyy) | $______.___ | |
| | __/__/____ (mm/dd/yyyy) | $______.___ | |

8317700000000

## V. CASH PAYMENT B – FLAT CASH PAYMENT

By checking the below box, I choose an estimated $20 Cash Payment. -No-

☐ Yes, I choose an estimated $20 Cash Payment instead of Cash Payment A and understand that by selecting the estimated $20 cash payment, I am not longer eligible to receive compensation under Cash Payment A above.

**IN ADDITION TO THE CASH PAYMENTS, YOU MAY ALSO SELECT THE SETTLEMENT CLASS MEMBER BENEFIT BELOW.**

## VI. CREDIT MONITORING

☐ **One (1) year of Credit Monitoring** — I have a credit monitoring service already.

Check the box above if you wish to receive, in addition to electing compensation for Cash Payment A or Cash Payment B, one (1) year of monitoring that will provide the following benefits: Credit Monitoring, real-time alerts, and insurance coverage for up to $1,000,000 for identity theft. The Credit Monitoring Settlement Class Member Benefit has a value of $110 per year per Settlement Class Member. **You may also select Cash Payment A or Cash Payment B.**

## VII. ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

Sharon Benkufsky (signature)
Signature

08/12/2025
Date

SHARON BENKUFSKY
Print Name

WEBMAIL.CENTURYLINK.NET - SHARON BENKUFSKY <SBENKUFSKY@EMBARQMAIL.COM>

SHARON 14,000 IS FOR YOU - VERIFY ELIGIBILITY

**rose.emhoff@martinjennifer.com**
sharon benkufsky
5/2/2025 11:13 AM

From rose.emhoff@martinjennifer.com
rose.emhoff@martinjennifer.com
To sharon benkufsky

---

# Sharon $14,000 is for You - Verify Eligibility

**Sharon**

Do you need an urgent funding for your monthly bills and other monthly expenses? Don't worry as you can get an instant loan today if you are eligible.

Spend the money as you wish and then you can payback in easy monthly installments.

**NAME:** Sharon

**EMAIL:** sbenkufsky@embarqmail.com

**AMOUNT:** $14,000

If eligible you can get the money deposited directly to your savings bank account in the next 24 hours.

## Verify Eligibility

Where to find us:

2024 Â© Horsfords Business Centre, Long Point Road, Charlestown, Nevis

Changed your mind? You can unsubscribe at any time.

This message was sent to sbenkufsky@embarqmail.com

id: 2025-05-02T09:09:17-07:00 b837cbce3e9b79fb81b028e0fdc84ed7

Social Security Administration
Important Information

153

Sharon Benkufsky
3184 Century Drive
Hastings MN 55033

Retail

UNITED STATES POSTAL SERVICE

38103

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
HASTINGS, MN 55033
SEP 15, 2025

$1.90

S2324N505736-22

SEP 19

US District Court of the Western District
Odell Horton Federal Building
Attn Judge Sheryl H Lipman
167 North Main Street
Memphis TN 38103

RECEIVED

SEP 19 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis