JUSTIN R ALLEN
104 N WC RILES ST #134
FLAGSTAFF, AZ 86001
ELVIS.ROCKS1954@GMAIL.COM



RECEIVED
DEC 08 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

**IN RE EVOLVE BANK & TRUST CUSTOMER DATA SECURITY LITIGATION**

MDL No. 2:24-md-03127-SHL-cgc

Judge Sheryl H. Lipman

**2ND OBJECTION AND RESPONSE TO CLASS REPRESENTATIVES RESPONSE TO OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT BY JUSTIN ALLEN A WHITE UNMARRIED MAN WHO IS ALSO NATIVE AMERICAN SCOTTISH FRENCH SPANISH IRISH AND POLISH**

Plaintiff and Class Member Justin Allen, acting *Pro se*, respectfully submits this Objection to the Proposed Class Action Settlement ("Settlement") in the above-captioned matter.

**INTRODUCTION**

1. My name is Justin Allen, and I am a member of the Settlement Class in this action. I write to object to the proposed Settlement because it is the product of a flawed process

managed by Class Representatives who have engaged in unethical and negligent behavior, have failed to represent the best interests of the Class, and have actively worked to exclude me from this litigation while engaging in serious misconduct.

2. This nation's judicial system is founded on principles of transparency and the right of every individual to be heard. As our Founding Fathers cautioned against tyrannical courts that operate in secrecy, so too must we be vigilant when proceedings appear to exclude the very victims they are meant to serve without a meaningful opportunity to be heard. I will always fight for the little guy because I am a little guy fighting a giant.

**IMPROPER EXCLUSION FROM THE CLASS**

3. The Settlement Administrator, Kroll, has stated and certified in court filings that I am not a class member. This is a huge error and a profound injustice. I am a victim of the data security incident at issue and fall squarely within the definition of the Class. This erroneous exclusion suggests further unethical behavior by the Class Representatives, who have an ethical and fiduciary responsibility to represent all class members, including myself. Instead of ensuring the class list was accurate, they have allowed this fundamental error to persist, depriving me of my rights.

The Settlement administrator KROLL certified in court filings i was not a victim and to further the unethical conduct by the"class who represent their law firm and legal fees giving little if no justice to the people they continue screwing.

We have now produced documents after these filings suggesting judicial misconduct as well as the "ol buddy kick back system" being shown in living color for the world to see.

A lack of due diligence coming from said class representatives is a grave misjustice to any person victimized once again by greedy corporate bankers who put selfish materials over fidelity.

**BREACH OF DUTY AND MALPRACTICE BY CLASS REPRESENTATIVES**

4. The Class Representatives have engaged in reckless and unethical behavior that rises to the level of negligence and professional malpractice. Their conduct has been so egregious that it has been necessary to report their actions to the Tennessee Bar Association for investigation. The Bar is now in possession of critical evidence, including a recording of a phone call wherein the Class Representatives' firm commits major ethical violations.

5. This misconduct includes obstruction of communication, as the law firm's secretaries are actively blocking my access to the lawyers representing the class. The lead attorney has acknowledged this issue, yet the secretaries' obstruction persists. This raises grave concerns about what other actions the staff may be taking that could further harm the class, including the failure to properly notify class members like myself who have been wrongly excluded.

6. This misconduct places the entire Class at risk. The representatives may be sanctioned by the Court or the Bar for their actions, which could be devastating to the class and jeopardize any potential recovery. They have demonstrated a profound disregard for their duties and have failed to adequately and ethically represent the interests of the people they claim to serve.

**EVIDENCE OF OBSTRUCTION AND INTERFERENCE**

7. There is evidence of active interference in my ability to participate in this case. A critical email related to this matter was deleted from my email account, and it was not deleted by me. This suggests the involvement of foreign agents or highly paid lawyers

and consultants who are actively working to violate the rights of class members without their knowledge, obstructing justice and preventing the full facts from coming to light.

**ALLEGATIONS OF SERIOUS MISCONDUCT**

8. The whole time the Class Representatives have been mismanaging this case, they have also been stalking me, plaintiff Justin Allen. This harassment is unacceptable and further demonstrates their unfitness to represent the Class.

9. Furthermore, there is evidence of severe financial misconduct that threatens the integrity of the settlement fund. I have reason to believe that Class Representatives are pretending to represent certain class members with the intent of stealing their claims checks. This scheme appears to involve Dave bank accounts and Chase JP Morgan accounts that were breached and used as money transmission accounts to illegally transfer money between accounts.

10. Crucially, bank statements that would evidence these transactions have thus far been deleted. These actions are potential criminal violations of the Bank Secrecy Act. Until the executives and representatives responsible for devastating American family lives through greed are held accountable, their actions should be considered highly treasonous.

**UNCLAIMED PROPERTY AND FIDUCIARY DUTIES**

11. Under Tennessee's Uniform Unclaimed Property Act (Tenn. Code Ann. § 66-29-101, et seq.), holders of property have a statutory duty to report and deliver that property to the state after a specified period of dormancy. Class Representatives, acting as

fiduciaries for the entire class, have a heightened duty to ensure that settlement awards—which constitute the property of class members—are properly delivered.

12. This fiduciary duty includes the obligation to conduct due diligence to locate all class members and ensure they receive proper notice and payment. The representatives' failure to maintain an accurate class list, their failure to notify me, and their general negligence create a significant risk that legitimate claims will go unpaid. These unclaimed funds could be wrongfully escheated to the State of Tennessee, permanently depriving class members of the compensation they are owed. This situation is analogous to the mishandling of estate assets, such as those related to the Elvis estate, where fiduciary duties demand careful accounting and distribution to rightful heirs.

**PERSONAL HARM AND DAMAGES**

13. Because of the Class Representatives' failure to do their job, I have had to take on their responsibilities myself, at great personal cost. I have had to take time off work, make tons of copies, locate witnesses, and gather statements regarding other class members who are not being properly represented. These are tasks that the Class Representatives are being paid to perform but have utterly failed to carry out.

**REQUEST FOR ELECTRONIC FILING ACCESS**

14. As a *pro se* litigant and a victim in this matter, I have requested electronic filing access from the Clerk of the Court to properly file documents and participate in these proceedings. To date, this access has not been provided. This lack of access significantly impedes my ability to effectively monitor the docket, file timely responses, and advocate for my rights and the rights of other class members. Therefore, I respectfully request that the Court grant me full electronic filing privileges in this case.

## **CONCLUSION AND PRAYER FOR RELIEF**

15. The filings in this case make it clear that the Class Representatives do not have the class's interests in mind. Their actions suggest a focus on self-enrichment and a willingness to harm the very people they are supposed to protect.

16. My actual damages are way more than what has been asked for in this settlement. While I would be willing to work with competent and ethical class representatives to resolve my claim, the current representatives have proven themselves to be untrustworthy and harmful to the Class. May God grant the judges in this action the peace and understanding to make right what has been wrong.

WHEREFORE, Justin Allen respectfully requests that this Court:

A. REJECT the proposed Settlement as unfair, unreasonable, and inadequate;

B. Conduct a thorough investigation into the serious allegations of misconduct, stalking, negligence, malpractice, and potential criminal financial activity raised in this objection;

C. Recognize Justin Allen as a member of the Class and permit him to submit his claim in full for the Court's consideration;

D. Order a full accounting of the settlement fund and the process for notifying class members, and order the return of any and all unclaimed property that is at risk of being improperly escheated to the state due to the negligence of the Class Representatives, in accordance with their duties under Tennessee and federal law;

E. Grant Justin Allen full electronic filing access to the case docket so that he may properly participate in these proceedings; and

F. Grant any other and further relief as this Court deems just and proper to protect the interests of the Class.

CONTRA TYRANNOS TYRANNIS

Dated: November 30, 2025

Respectfully submitted,

\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\

Justin Allen

*Pro Se* Plaintiff and Class Member