Justin R. Allen
104 N. WC Riles St #134
Flagstaff AZ - 86001


FOREVER / USA

RECEIVED
DEC 08 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

US District Court
Western District of Tennessee
167 North Main
Memphis, TN  38103