**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: EVOLVE BANK & TRUST CUSTOMER DATA SECURITY LITIGATION | MDL No. 2:24-md-03127-SHL-cgc<br><br>Judge Sheryl H. Lipman |

# NOTICE OF THIRD SUPPLEMENTAL DECLARATION OF FRANK BALLARD OF KROLL SETTLEMENT ADMINISTRATION LLC

Plaintiffs, by and through undersigned counsel of record, hereby give notice of the filing of the Third Supplemental Declaration of Frank Ballard in Connection with Final Approval of Settlement, which is filed as an attachment to this Notice. Though the Court has already granted final approval to the class wide settlement, Plaintiffs submit this supplemental declaration to reflect that Kroll Settlement Administration received one additional timely request for exclusion on December 4, 2025. Concurrently with the filing of this notice, Plaintiffs will submit a proposed amended order to incorporate the additional opt-out and to clarify that the remaining settlement administration deadlines will be calculated from the December 15, 2025 Order granting Final Approval of Settlement, ECF No. 98.

Dated: January 2, 2026

Respectfully submitted by,

*/s/ J. Gerard Stranch, IV*

J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Lead Class Counsel*