# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| IN RE: EVOLVE BANK & TRUST CUSTOMER DATA SECURITY LITIGATION | MDL No. 2:24-md-03127-SHL-cgc<br><br>CLASS ACTION<br><br>**THIRD SUPPLEMENTAL DECLARATION OF FRANK BALLARD OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**<br><br>The Hon. Sheryl H. Lipman |

I, Frank Ballard, declare as follows:

## INTRODUCTION

1. I am a director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2. This declaration supplements the *Second Supplemental Declaration of Frank Ballard of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement*, filed on November 14, 2025 (the "Second Supplemental Declaration," *see* Dkt. 95-1), in order to provide updated information to the Court regarding the number of Claim Forms and requests for

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement entered into this Action.

exclusion received by Kroll. The Second Supplemental Declaration is incorporated herein by reference in its entirety.

## CLAIM ACTIVITY

3. The Claim Form Deadline was October 30, 2025.

4. As of December 19, 2025, Kroll has received 304 Claim Forms through the mail and 262,469 Claim Forms filed electronically through the Settlement Website. Kroll is still in the process of reviewing and validating Claim Forms.

## EXCLUSIONS

5. The last day of the Opt-Out period was October 15, 2025.

6. As set forth in the Second Supplemental Declaration, Kroll had previously received 766 valid bulk opt-out requests and thirty-four (34) valid individual opt-out requests.

7. On December 4, 2025, Kroll identified one (1) additional, timely and valid individual opt-out request. An updated list of the thirty-five (35) valid individual opt-out requests is attached hereto as **Exhibit A**.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on December 19, 2025, in Washington, District of Columbia.

FRANK BALLARD

# Exhibit A

Case 2:24-md-03127-SHL-cgc   Document 100-1   Filed 01/02/26   Page 3 of 4
                                    PageID 1150

| Opt-Out List | | |
|---|---|---|
| Count | First Initial | Last Name |
| 1 | I | MILIONIS |
| 2 | K | JENKINS |
| 3 | D | ROBERTHSON |
| 4 | T | HAWLEY |
| 5 | A | GAAL |
| 6 | N | DEFRANGE |
| 7 | J | HANSON |
| 8 | G | WADE |
| 9 | A | ABUNDES |
| 10 | E | MANJARREZ |
| 11 | M | VOIGT |
| 12 | L | MARENGO |
| 13 | L | ERDINC |
| 14 | J | SIDES |
| 15 | H | RUBIO-GARCIA |
| 16 | J | NETHERTON |
| 17 | J | BARNES |
| 18 | B | PLLC |
| 19 | M | LODA |
| 20 | T | HOOD |
| 21 | B | LINDEMANN |
| 22 | O | NAYDONOV |
| 23 | J | STAFFORD |
| 24 | J | EDWARDS |
| 25 | M | KNOPPEL |
| 26 | I | TORRES |
| 27 | M | MAYES |
| 28 | V | GINO GAMBERINI |
| 29 | T | TURNER |
| 30 | J | BEAN |
| 31 | J | JOGBO |
| 32 | J | PARK |
| 33 | M | GABRIEL |
| 34 | T | BAILEY |
| 35 | G | SNOW |