**From:** Janice S Lintz
**To:** ECF_Judge Lipman; [redacted]
**Cc:** Janice S. Lintz
**Subject:** Inquiry Regarding Settlement Payment – In re: Evolve Bank & Trust Customer Data Security Breach Litigation 2:24-md-03127-SHL-cgc
**Date:** Tuesday, April 14, 2026 7:39:40 AM
**Attachments:** 25-0721-Evolve Bilt.pdf
Screenshot 2025-07-23 at 7.36.03 AM.png

---

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I write as a member of the settlement class in *In re: Evolve Bank & Trust Customer Data Security Breach Litigation*.

I timely submitted a claim in this matter; however, I have not received any payment. When I contacted the Settlement Administrator, I received a form response stating that my claim was untimely and directing me to submit a late claim with no ability to respond including a do not reply email address. This is incorrect. Upon information and belief, my submission was made within the Court-approved deadline.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.




Begin forwarded message:

**From:** no-reply@mail.ksadministration.com
**Subject: In Re: Evolve Bank: Case Status (Before Final Approval Hearing)**
**Date:** July 23, 2025 at 5:42:11 AM EDT
**To:** JaniceSLintz@gmail.com

Please do not reply to this message via email. This address is unattended and cannot help with questions or requests.

Thank you for contacting us regarding In Re: Evolve Bank & Trust Customer Data Security Breach Litig. If you received Notice about this Settlement, you are considered to be a member of the Class. In order to receive compensation from this Settlement, you must file a claim. The deadline to file a claim is **Thursday, October 30, 2025.**

The Final Approval Hearing is scheduled for **Friday, November 14, 2025 @ 2:00 p.m. CT**. The hearing may be rescheduled to a different date and time without notice, so please check the website from time to time.

For additional information, please visit: www.EvolveSettlement.com or call the toll-free number: (833) 421-7300.

Thank you,
Settlement Administrator

Begin forwarded message:

**From:** no-reply@mail.ksadministration.com
**Subject: In Re: Evolve Bank: What is this lawsuit about?**
**Date:** July 21, 2025 at 8:26:54 AM EDT
**To:** JaniceSLintz@gmail.com

Please do not reply to this message via email. This address is unattended and cannot help with questions or requests.

Thank you for contacting us regarding In Re: Evolve Bank & Trust Customer Data Security Breach Litig. This lawsuit centers on a data breach at Evolve Bank & Trust, a state-chartered Arkansas bank that partners with financial technology companies to provide banking services. According to the allegations, in February and May 2024, cybercriminals unlawfully accessed the bank's systems and extracted sensitive personal information—such as names, Social Security numbers, driver's license and bank account details—belonging to both Evolve's direct customers and customers of its fintech partners.

The Defendant denies any wrongdoing and denies the Plaintiffs' allegations. The Court has not made any ruling on Defendant's

liability, if any.

For additional information, please visit: www.EvolveSettlement.com or call the toll-free number: (833) 421-7300.

Thank you,
Settlement Administrator

Begin forwarded message:

**From:** no-reply@mail.ksadministration.com
**Subject: In Re: Evolve Bank: Change of Information**
**Date:** July 23, 2025 at 5:42:01 AM EDT
**To:** JaniceSLintz@gmail.com

Please do not reply to this message via email. This address is unattended and cannot help with questions or requests.

Thank you for contacting us regarding In Re: Evolve Bank & Trust Customer Data Security Breach Litig. As requested, we have updated your information.

For additional information, please visit: www.EvolveSettlement.com or call the toll-free number: (833) 421-7300.

Thank you,
Settlement Administrator

Begin forwarded message:

**From:** no-reply@mail.ksadministration.com
**Subject: In Re: Evolve Bank: Late Claim Submission**
**Date:** April 14, 2026 at 4:41:47 AM EDT
**To:** JaniceSLintz@gmail.com

Please do not reply to this message via email. This address is unattended and cannot help with questions or requests.

Thank you for contacting us In Re: Evolve Bank & Trust Customer Data Security Breach Litig. The Court-approved deadline for timely claims has passed. The deadline was October 30, 2025.

You may submit a late paper claim form, available for download on the Settlement website : www.EvolveSettlement.com. Late claims will be provided to the court for consideration. Please mail your completed paper claim form to:

In Re: Evolve Bank & Trust Customer Data Security Breach Litig.
c/o Kroll Settlement Administration
PO BOX 225391
NEW YORK, NY 10150-5391

For additional information, please visit: www.EvolveSettlement.com or call the toll-free number: (833) 421-7300.

Thank you,
Settlement Administrator

I respectfully request that the Court direct the Settlement Administrator to:

- confirm whether my claim was received and processed;
- provide documentation regarding the status of my claim, including any determination of timeliness; and
- issue payment if my claim was timely submitted.

More broadly, I wish to note a concern that appears to extend beyond this case. In multiple data breach settlements, there appears to be a recurring pattern in which class members who are impacted do not receive payments, while administrative processes lack transparency and accountability. This undermines confidence in the settlement process and the relief intended for class members.

I appreciate the Court's attention to this matter and respectfully request assistance in ensuring that the settlement is administered in accordance with the Court's approval and intent.

Thank you for your consideration.

Respectfully submitted,

Janice Lintz
150 I Street SE #1105
Washington, DC 20003
917-975-5642

KROLL Contact Us

**Contact Form**

Class Member ID (if available)

* First Name
Janice

Middle Name
Schacter

* Last Name
Lintz

Address
150 I Street SE

Address 2

City
Washington

Zip Code
20003

Select the option that best describes you
Primary Person

* Email
JaniceSLintz@gmail.com

Phone Number
(917) 975-5642

* Subject
Unknown/Other

* Message
I didn't receive a letter despite being a Bilt member with Evolve.

Submit

**Form Submitted**

Thank you, your messsge form has been submitted successfully. Please check your spam or junk folder in case the response was directed to one of those folders.

Close window