**Donna Hankins**

---

**From:** Janice S Lintz <janiceslintz@gmail.com>
**Sent:** Monday, April 27, 2026 10:26 AM
**To:** ECF_Judge Lipman
**Cc:** Janice S. Lintz
**Subject:** Fwd: I did not receive a Bilt payout
**Attachments:** 25-0721-Evolve Bilt.pdf; 26-0413-Bilt Evolve Class Action.pdf

**CAUTION - EXTERNAL:**

Dear Honorable Lipman-

I have not received a payout despite submitting a filing. I have tried to reach the attorneys and the people involved to no avail. Can you please forward this request to them. My submission is below.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Thanking you in advance,

Janice Lintz

Begin forwarded message:

**From:** Cyber Incident <cyberalert@getevolved.pure.cloud>
**Subject: Re: I did not receive a Bilt payout**
**Date:** April 20, 2026 at 5:39:00 PM EDT
**To:** Janice S Lintz <janiceslintz@gmail.com>
**Reply-To:** cyberalert@getevolved.com

Dear Janice Lintz,

Thank you for contacting Evolve Bank & Trust.

We will need some additional information to appropriately respond to your email. Please contact the Customer Care Center at 866.395.2754 for assistance.

Thank you,

Evolve Customer Care

*IMPORTANT NOTE: This e-mail and any attachments may be confidential or privileged information. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. This email is not intended to be a contract or other legally binding obligation. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.*

KROLL Contact Us

## Contact Form

Class Member ID (if available)

* First Name

Janice

Middle Name

Schacter

* Last Name

Lintz

Address

150 I Street SE

Address 2

City

Washington

Zip Code

20003

Select the option that best describes you

Primary Person

* Email

JaniceSLintz@gmail.com

Phone Number

(917) 975-5642

* Subject

Unknown/Other

* Message

I didn't receive a letter despite being a Bilt member with Evolve.

Submit

**Form Submitted**

Thank you, your messsge form has been submitted successfully. Please check your spam or junk folder in case the response was directed to one of those folders.

Close window

Kroll

Contact Us

Contact Form

Class Member ID (if available)

* First Name

Janice

Middle Name

* Last Name

Lintz

Address

150 I Street SE

Address 2

1105

City

Washington

State

DC - District of Columbia

Zip Code

20003

Select the option that best describes you

**Form Submitted**

Thank you, your messsge form has been submitted successfully. Please check your spam or junk folder in case the response was directed to one of those folders.

Close window

* Subject

Inquiry for Case Status

* Message

Hi, I didn't receive my payout. I have moved and the address above is my current address. My email and phone number have not changed. Please advise.

Verification expired. Check the checkbox again.

I'm not a robot reCAPTCHA

→ Submit