[redacted]

| | |
|---|---|
| **From:** | Janice S Lintz <janiceslintz@gmail.com> |
| **Sent:** | Thursday, April 30, 2026 7:26 AM |
| **To:** | ECF_Judge Lipman |
| **Cc:** | Janice S. Lintz |
| **Subject:** | Re: I did not receive a Bilt payout |
| **Attachments:** | 25-07_21-Evolve Bilt.pdf; 26-0413-Bilt Evolve Class Action.pdf |

**CAUTION - EXTERNAL:**

Dear Honorable Lipman-

I have not received a payout despite submitting a filing. I have tried to reach the attorneys and the people involved to no avail. Can you please forward this request to them. My submission is below.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Thanking you in advance,

Janice Lintz

On Apr 27, 2026, at 11:26 AM, Janice S Lintz <janiceslintz@gmail.com> wrote:

Dear Honorable Lipman-

I have not received a payout despite submitting a filing. I have tried to reach the attorneys and the people involved to no avail. Can you please forward this request to them. My submission is below.

<25-07:21-Evolve Bilt.pdf>
<26-04:13-Bilt Evolve Class Action.pdf>

Thanking you in advance,

Janice Lintz

Kroll

# Contact Us

## Contact Form

Class Member ID (if available)

* First Name

Janice

Middle Name

* Last Name

Lintz

Address

150 I Street SE

Address 2

1105

City

Washington

State

DC - District of Columbia

Zip Code

20003

Select the option that best describes you

**Form Submitted**

Thank you, your messsge form has been submitted successfully. Please check your spam or junk folder in case the response was directed to one of those folders.

Close window



KROLL Contact Us

Contact Form

Class Member ID (if available)

* First Name

Janice

Middle Name

Schacter

* Last Name

Lintz

Address

150 I Street SE

Address 2

City

Washington

Zip Code

20003

Select the option that best describes you

Primary Person

* Email

JaniceSLintz@gmail.com

Phone Number

(917) 975-5642

* Subject

Unknown/Other

* Message

I didn't receive a letter despite being a Bilt member with Evolve.

Submit

**Form Submitted**

Thank you, your message form has been submitted successfully. Please check your spam or junk folder in case the response was directed to one of those folders.

Close window