RECEIVED

JUN 18 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Tanisha Brown
1329 Dogpatch Lane
Johns Island, SC 29455
(919) 593-9194 blue73072@yahoo.com

June 9, 2026

The Honorable Sheryl H. Lipman
Chief United States District Judge
United States District Court Western District of Tennessee
167 North Main Street, Room 1157
Memphis, Tennessee 38103

Re: In Re: Evolve Bank & Trust Customer Data Security Breach Litigation MDL No.: 2:24-md-03127-SHL-cgc Claim ID: 83177Q2N7FVCE

Dear Judge Lipman:

I am writing to this Court as a pro se class member in the above-referenced matter to respectfully bring to the Court's attention a concern regarding the administration of my claim and subsequent communications with class counsel. I have exhausted all available informal channels and write now to ensure that these facts are placed on the record.

Background

I am a class member who received a deficiency notice in December 2025 and promptly responded with supporting documentation. Following that submission, I contacted the settlement administrator, Kroll Settlement Administration LLC, on multiple occasions — February 24, March 4, March 12, and March 20, 2026 — and was advised each time that my documentation had been received, reviewed, and approved.

The Central Issue

On March 20, 2026, Senior Manager Jeff Gallo of Kroll Settlement Administration provided the following written confirmation:

"I can confirm that we have received your claim (WCF0103001) and that you need take no additional action at this time."

I have since learned that on that same date — March 20, 2026 — my claim was internally flagged as deficient for failing to establish a connection to the Evolve Bank & Trust data breach. I received no written notice of this deficiency at any time prior to the issuance of distributions on March 30, 2026. Based on the administrator's own written confirmation, I had no reason to believe any further action was required and was not given a meaningful opportunity to cure.

Supplemental Documentation

I have since identified and submitted documentation that directly establishes the required breach connection. Specifically, I provided three emails from Dave demonstrating that my bank account was actively linked to my Dave account, that Dave processed banking services through Evolve Bank & Trust, Member FDIC, and that Dave notified me directly on June 28, 2024 that my account was affected by the cybersecurity incident involving Evolve Bank & Trust. I submitted this documentation to class counsel on May 6, 2026 in response to a request for additional information.

Class Counsel's Involvement and Non-Response

In March 2026, I contacted class counsel Gerard Stranch of Stranch Law. Mr. Stranch forwarded my inquiry to Mr. Gallo at Kroll, who provided the March 20 written confirmation referenced above. On April 13, 2026, Mr. Stranch's office acknowledged in writing that this matter was being discussed with the settlement administrator and committed to following up. I submitted supplemental documentation on May 6, 2026 and subsequently followed up regarding its review. As of the date of this letter, I have received no response regarding the supplemental materials or the status of any review.

Request

I respectfully ask the Court to take notice of the facts set forth herein and consider whether the administration of my claim afforded a meaningful opportunity to cure any remaining deficiency.

Specifically, I ask the Court to consider whether a class member who timely responded to a deficiency notice, repeatedly sought status updates, and received written confirmation from the settlement administrator that no further action was required, was provided fair notice of any remaining deficiency prior to the issuance of settlement distributions.

I further ask the Court to consider whether the communications described above are consistent with the claims administration process approved by the Court and whether any mechanism exists to address situations in which a claimant reasonably relies on information provided by the settlement administrator but is later informed that the claim remained deficient.

I am not requesting that the Court determine the merits of my individual claim in the first instance. Rather, I respectfully submit these facts so that the procedural issues described herein may be placed on the record and considered as the Court deems appropriate.

I am not writing to burden the Court. I am writing because I pursued every available informal channel in good faith and have been unable to obtain a meaningful resolution regarding these procedural concerns. I believe the facts documented here warrant the Court's awareness, and I would welcome any guidance the Court is able to provide.

Respectfully submitted,

Tanisha Brown Pro Se Class Member Claim ID: 83177Q2N7FVCE

cc: Gerard Stranch, Stranch Law gstranch@stranchlaw.com info@stranchlaw.com

Jeff Gallo, Kroll Settlement Administration jeff.gallo@kroll.com

Robert DeWitte, Kroll Settlement Administration robert.dewitte@kroll.com