Tanisha Brown
1329 Dogpatch Lane
Johns Island, SC 29455
(919) 593-9194 blue73072@yahoo.com

October 26, 2026

The Honorable Sheryl H. Lipman
Chief United States District Judge
United States District Court Western District of Tennessee
167 North Main Street, Room 1157
Memphis, Tennessee 38103

IN RE: EVOLVE BANK & TRUST CUSTOMER DATA SECURITY BREACH LITIGATION

Case No. 2:24-md-03127-SHL-cgc

SUPPLEMENTAL CORRESPONDENCE OF SETTLEMENT CLASS MEMBER TANISHA BROWN REGARDING DOCKET ENTRY 104

Dear Judge Lipman:

I am a settlement class member in the above-referenced litigation. I respectfully submit this correspondence as a supplement to my June 18, 2026 letter, docketed as Entry 104 on June 23, 2026, concerning the administration and denial of my documented-loss claim.

My purpose in writing again is to bring subsequent developments to the Court's attention and request consideration of whether clarification from class counsel is appropriate before any final disposition of remaining settlement funds.

June 15, 2026 — Representation by Class Counsel

On June 15, 2026, attorney Gerard Stranch responded to my concerns regarding the denial of my documented-loss claim and stated:

"We are waiting to see the volume of uncashed checks. If it is high enough, we intend to process your claim despite the fact that it did not provide sufficient information to allow it to be approved. We will be in touch once we know the amount of uncashed checks."

I understood this statement to mean that reconsideration of my claim remained possible, conditioned on the availability of sufficient funds from uncashed settlement checks. I recognize that the statement was conditional and did not guarantee additional payment.

September–October 2026 — Reconciliation and Unanswered Inquiries

Kroll Settlement Administration subsequently advised that settlement checks would become void on September 28, 2026, and that updated bank reconciliations were expected in early October.

On October 5, 2026, I contacted class counsel and Kroll requesting an update regarding the reconciliation and the possible processing of my claim. Receiving no response, I followed up on October 14.

On October 21, I contacted Kroll directly, requesting confirmation of whether the reconciliation had been completed and whether the results had been communicated to class counsel.

On October 22, 2026, Jeff Gallo of Kroll replied:

"We have forwarded your prior inquiries to counsel for any further consideration of your claim determination. If the parties agree that any additional payment should be forthcoming, we will follow up directly with the outcome."

This response did not clarify whether the reconciliation had been completed, whether sufficient uncashed-check funds remained, or whether the reconsideration contemplated by counsel on June 15 would proceed.

I also contacted Mr. Stranch's law firm through its general email address during the week of October 19, requesting confirmation of the attorney responsible for responding to my post-distribution inquiries. As of the date of this letter, I have received no response from class counsel.

Remaining Settlement Funds

I understand that the settlement agreement addresses the disposition of funds remaining from uncashed checks. In light of that provision and counsel's June 15 correspondence, I am concerned that the opportunity for reconsideration described to me may remain unresolved while decisions concerning remaining funds are being made.

I do not know whether any residual funds have been finally allocated or distributed, and I do not represent that such action has occurred.

Settlement Website Accessibility

On October 26, 2026, I attempted to access the official settlement website, www.EvolveSettlement.com, through multiple devices and network connections. The website was inaccessible, with browser messages indicating DNS resolution and secure-connection problems.

Kroll had previously directed class members to this website for settlement information and distribution updates. I have not been provided an alternative official source for updates concerning the reconciliation or the disposition of remaining settlement funds.

Respectful Request

I respectfully ask the Court to consider whether it would be appropriate to obtain clarification from class counsel regarding:

1. Whether the reconciliation of uncashed settlement checks has been completed and whether funds remain available;

2. Whether the reconsideration of my claim contemplated in counsel's June 15 correspondence has been evaluated, and, if not, when a determination is expected;

3. How the proposed reconsideration relates to the settlement agreement's provisions governing remaining funds; and

4. Whether an accessible official source remains available for class members seeking settlement-administration updates.

If any final disposition of residual funds remains pending, I respectfully request that these unresolved questions be considered before that disposition occurs.

I recognize that the Court may determine that my individual claim does not warrant further judicial action. Nevertheless, I believe it is appropriate to document these developments because class counsel expressly raised the possibility of processing my claim and indicated that I would receive further communication once the volume of uncashed checks was known.

Thank you for your consideration.

Respectfully submitted,

Tanisha Brown

Settlement Class Member

Date signed: 10/26/26

Reference: Docket Entry 104

Copies provided separately to:

Gerard Stranch, Class Counsel

Kroll Settlement Administration

Respectfully submitted,

Tanisha Brown Pro Se Class Member Claim ID: 83177Q2N7FVCE

cc: Gerard Stranch, Stranch Law gstranch@stranchlaw.com info@stranchlaw.com

Jeff Gallo, Kroll Settlement Administration jeff.gallo@kroll.com

Robert DeWitte, Kroll Settlement Administration robert.dewitte@kroll.com